UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 6, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 20-MJ-090 |
| | : | |
| TYWAN J. CUMMINGS, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 18 U.S.C. § 2119(1) |
| | : | (Carjacking) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | : | (Using, Carrying, Possessing, and |
| | : | Brandishing a Firearm during a Crime |
| | : | of Violence) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT ONE</u>

On or about May 17, 2020, through on or about May 18, 2020, within the District of Columbia, **TYWAN J. CUMMINGS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 1999-FEL-000664 and 2009-CF2-002147, did unlawfully and knowingly receive and possess a firearms, namely, an American Tactical Inc., .223 caliber AR style rifle and a Glock 22, .40 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .223 caliber ammunition and .40 caliber ammunition,

which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about May 17, 2020, within the District of Columbia, **TYWAN J. CUMMINGS**, took a motor vehicle, to wit: a 2004 BMW 325i, that had been transported, shipped, or received in interstate commerce, from the person or presence of L.A., by force, violence, and intimidation, with the intent to cause death or serious bodily harm.

**(Carjacking**, in violation of Title 18, United States Code, Section 2119(1))

## COUNT THREE

On or about May 17, 2020, within the District of Columbia, **TYWAN J. CUMMINGS**, did unlawfully and knowingly use, carry, possess, and brandish during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count Two of this Indictment, which is incorporated herein, a firearms, namely, an American Tactical Inc., .223 caliber AR style rifle.

**(Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence or a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One and/or Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and

ammunition involved in or used in the knowing commission of these offenses, including but not limited to an American Tactical Inc., .223 caliber AR style rifle, a Glock 22, .40 caliber semi-automatic pistol, .223 caliber ammunition, and .40 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*/s/ Michael R. Sherwin*
Attorney of the United States in
and for the District of Columbia.